**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Howard Cohan

                                      Plaintiff,

v.                                                                     Case No.: 1:23−cv−02345
                                                                         Honorable John J. Tharp Jr.

Fountain Square Coffee, Inc.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 21, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Court has reviewed the parties' initial status report [11]. The parties state they have reached a settlement in principle and request thirty days to finalize the settlement. The Court will defer setting a case management schedule pending the outcome of that settlement finalization. A status report on the status of settlement is due 7/25/23, unless a dismissal pursuant to Rule 41 is filed by then. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.